**92–1383.** Combs v. Holmes Cty. Sheriff. *Tuscarawas County,* No. 91AP120096.

**92–1387.** State v. Koester. *Lucas County,* No. L–91–387.
RESNICK, J., not participating.

**92–1396.** Merritt v. Merritt. *Franklin County,* No. 91AP–1372.
DOUGLAS, J., dissents.

**92–1411.** Dublin City School Dist. v. Franklin Cty. Bd. of Revision. *Franklin County,* No. 91AP–1507.
MOYER, C.J., H. BROWN and RESNICK, JJ., dissent.

**92–1414.** Beaver Excavating Co. v. Stark Cty. Bd. of Elections. *Stark County,* No. CA–8729.
MOYER, C.J., and H. BROWN, J., dissent.

**92–1415.** Fay v. Motorists Ins. Co. *Geauga County,* No. 91–G–1649.
MOYER, C.J., and WRIGHT, J., dissent.

**92–1420.** Rose v. Butler Mfg. Co. *Perry County,* No. CA–416.

**92–1421.** Williamson v. Duffy. *Licking County,* No. CA–3721.
DOUGLAS and RESNICK, JJ., dissent.

**92–1422.** Lumaye v. Johnson. *Franklin County,* No. 91AP–1080.
DOUGLAS and H. BROWN, JJ., dissent.

**92–1425.** Grange Mut. Cas. Co. v. Smith. *Washington County,* No. 91–CA–31.
WRIGHT, J., dissents.

**92–1432.** McFinley v. Bethesda Oak Hosp. *Hamilton County,* No. C–910001.

**92–1443.** State ex rel. Van Dorn v. Mt. Gilead Exempted Village School Dist. Bd. of Edn. *Morrow County,* No. CA–762.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–1461.** Ivan v. Klais & Co., Inc. *Tuscarawas County,* No. 91AP120099.

**92–1463.** Daughenbaugh v. Lin. *Seneca County,* No. 13–91–41. (Notice of appeal by Lin and second notice of appeal by Freemont Memorial Hospital.)
WRIGHT and H. BROWN, JJ., dissent.

## REHEARING DOCKET

**90–1898.** State v. Pierce. *Delaware County,* No. 89–CA–30. Reported at 64 Ohio St.3d 490, 597 N.E.2d 107. On motion for rehearing. Rehearing denied.

**90–1902.** State ex rel. Fenley v. Ohio Historical Soc. In Mandamus. Reported at 64 Ohio St.3d 509, 597 N.E.2d 120. On motion for rehearing. Rehearing denied.
DOUGLAS, WRIGHT and RESNICK, JJ., dissent.

**91–1829.** Russell v. Tate. *Scioto County,* No. 90CA1983. Reported at 64 Ohio St.3d 444, 596 N.E.2d 1039. On motion for rehearing. Rehearing denied.

**91–2327.** Rickenbacker Port Auth. v. Limbach. Board of Tax Appeals, No. 87–G–1356. Reported at 64 Ohio St.3d 628, 597 N.E.2d 494. On motion for rehearing. Rehearing denied.
HOLMES and WRIGHT, JJ., dissent.

**92–722.** State ex rel. Freeman v. Wilkinson. *Franklin County,* No. 91AP–580. Reported at 64 Ohio St.3d 516, 597 N.E.2d 126. On motion for rehearing. Rehearing denied.

**92–989.** State ex rel. Celebrezze v. Natl. Lime & Stone Co. *Wyandot County,* No. 16–91–7. Reported at 64 Ohio St.3d 1444, 596 N.E.2d 473. On motion for rehearing. Rehearing granted and motion to certify record allowed.
SWEENEY, H. BROWN and RESNICK, JJ., dissent.